# EXHIBIT 1

Int. Cl.: **14**

Prior U.S. Cls.: **2, 27, 28, and 50**

**United States Patent and Trademark Office**

Reg. No. **3,042,405**
Registered **Jan. 10, 2006**

## TRADEMARK
### PRINCIPAL REGISTER

### BREGUET

MONTRES BREGUET S.A. (SWITZERLAND CORPORATION)
L'ABBAYE
L'ABBAYE, SWITZERLAND

FOR: WATCHES, WATCH STRAPS, WATCH BRACELETS, AND PARTS THEREOF, HOROLOGICAL INSTRUMENTS, NAMELY, CHRONOMETERS AND CHRONOGRAPHS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-8-1995; IN COMMERCE 6-8-1995.

SN 78-190,363, FILED 12-2-2002.

JENNIFER KRISP, EXAMINING ATTORNEY