AO 120 (Rev. 08/10)

|  |  |
|---|---|
| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the Southern District of New York____ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:19-cv-1708 | DATE FILED<br>2/22/2019 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| PLAINTIFF<br>Montres Breguet S.A., et al. | | DEFENDANT<br>Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | (please see attached addendum) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# Addendum to Form AO-120 in
## *Montres Breguet S.A., et al. v. Samsung Electronics Co. Ltd., et al.*

| Trademark No. | Date of Trademark | Holder of Trademark |
|---|---|---|
| US3042405 | January 10, 2006 | Montres Breguet S.A. |
| US1727428 | October 7, 1992 | Blancpain S.A. |
| US2519207 | December 18, 2001 | Glashütter Uhrenbetrieb GmbH |
| US0725758 | December 26, 1961 | Montres Jaquet Droz S.A. |
| US5511973 | July 10, 2018 | Montres Jaquet Droz S.A. |
| US0566370 | November 4, 1952 | Omega S.A. |
| US 5293695 | September 26, 2017 | Omega S.A. |
| US0578041 | July 28, 1953 | Omega S.A. |
| US5094915 | December 6, 2016 | Omega S.A. |
| US1290661 | August 21, 1984 | Omega S.A. |
| US0734891 | July 24, 1962 | Omega S.A. |
| US5383161 | January 23, 2018 | Omega S.A. |
| US1309929 | December 18, 1984 | Omega S.A. |
| US0672487 | January 13, 1959 | Omega S.A. |
| US3640080 | June 16, 2009 | Omega S.A. |
| US5211480 | May 30, 2017 | Omega S.A. |
| US1377147 | January 7, 1986 | Compagnie des Montres Longines, Francillon S.A. |
| US0065109 | September 10, 1907 | Compagnie des Montres Longines, Francillon S.A. |
| US1639684 | April 2, 1991 | Tissot S.A. |
| US3653565 | July 14, 2009 | Tissot S.A. |
| US1385183 | March 4, 1986 | Tissot S.A. |
| US0225024 | March 8, 1927 | Mido S.A. |
| US4431373 | November 12, 2013 | Mido S.A. |
| US0399480 | January 12, 1943 | Mido S.A. |
| US0741279 | November 27, 1962 | Hamilton International S.A. |
| US5283243 | September 12, 2017 | Swatch S.A. |
| US5532619 | August 7, 2018 | Swatch S.A. |
| US1671076 | January 7, 1992 | Swatch S.A. |