UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTRES BREGUET S.A., BLANCPAIN S.A., GLASHÜTTER UHRENBETRIEB GMBH, MONTRES JAQUET DROZ S.A., OMEGA S.A., COMPAGNIE DES MONTRES LONGINES, FRANCILLON S.A., TISSOT S.A., MIDO S.A., HAMILTON INTERNATIONAL S.A. and SWATCH S.A., <br><br> Plaintiffs, <br><br> -against- <br><br> SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | 19 Civ. 1708 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

At oral argument held today, the Court heard arguments regarding Defendants' partial motion to dismiss Plaintiffs' First Amended Complaint (the "Motion"). (See dkt. no. 22.) For the reasons presented by the Court at oral argument, the Motion is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to causes of action IX (Deceptive Acts and Practices under N.Y. Gen Bus. Law § 349) and XI (Unjust Enrichment). The Motion is DENIED with respect to causes of action I (Direct Trademark Infringement under 15 U.S.C. § 1114(a)), III (Direct Federal Trademark Counterfeiting under 15 U.S.C. § 1114(c)), V (Federal Unfair Competition under 15 U.S.C. § 1125(a)), VI (Dilution

1

under 15 U.S.C. § 1125(c)), VII (Common Law Trademark Infringement under New York law), VIII (Common Law Unfair Competition under New York law), and X (Trademark Dilution under N.Y. Gen. Bus. Law § 360-1).

**SO ORDERED.**

Dated:  New York, New York
        February 24, 2020

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge