WILMERHALE

April 8, 2020

**Lisa J. Pirozzolo**

+1 617 526 6388 (t)
+1 617 526 5000 (f)
lisa.pirozzolo@wilmerhale.com

**VIA ECF AND HAND DELIVERY**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

Re:     *Montres Breguet S.A. et al v. Samsung Electronics Co. Ltd. et al*
        Case No.  1:19-cv-01708-LAP

Dear Judge Preska:

We represent Plaintiffs Montres Breguet S.A., Blancpain S.A., Glashütter Uhrenbetrieb GmbH, Montres Jaquet Droz S.A., Omega S.A., Compagnie des Montres Longines, Francillon S.A., Tissot S.A., Mido S.A., Hamilton International S.A. and Swatch S.A. (collectively, the "Swatch Group Companies") in the above-referenced matter.  We write on behalf of all parties to respectfully request a 60-day stay and adjournment of the litigation.  The parties, who are also engaged in a trademark infringement action in the United Kingdom, are currently attempting to resolve their disputes globally.

All parties respectfully request a 60-day adjournment and stay of the litigation.  Good cause exists to allow this stay in order to facilitate the parties' ongoing discussions.  Permitting this stay would not require adjustment of any other deadlines in the case, would not affect the trial date in this case, which has not yet been set by the Court, and will enhance the likelihood of the parties reaching a resolution that would avoid burdening the Court with further litigation proceedings.  The parties will submit a status report on or before June 1, 2020, to apprise the Court of the status of the parties' discussions.

Neither party has previously requested a stay of the litigation.  As noted above, all parties consent to the request.

We thank the Court for its consideration of this request and are available to discuss this issue at the Court's convenience.

WILMERHALE

Page 2

> To facilitate the parties' ongoing settlement
> discussions, the request for a 60 day stay is
> granted.  The litigation is stayed until June
> 8, 2020.  SO ORDERED.

Sincerely,

*/s/ Lisa J. Pirozzolo*

*Loretta A. Presky*                    **4/9/2020**

Lisa J. Pirozzolo

cc:     All Counsel of Record (via ECF)