UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTRES BREGUET S.A., BLANCPAIN S.A., GLASHÜTTER UHRENBETRIEB GmbH, MONTRES JAQUET DROZ S.A., OMEGA S.A., COMPAGNIE DES MONTRES LONGINES, FRANCILLON S.A., TISSOT S.A., MIDO S.A., HAMILTON INTERNATIONAL S.A. and SWATCH S.A., <br><br> Plaintiffs, <br><br> -against- <br><br> SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | No. 19 Civ. 1708 (LAP) <br><br> <u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference currently scheduled for October 8, 2020, at 10:00 a.m. EST, shall instead take place on October 8, 2020, at 11:00 a.m EST.  The conference shall take place telephonically.  The dial-in number for the conference is (888) 363-4734, access code: 4645450.  The parties are directed to call in promptly at 11:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
           September 21, 2020

                                      */s/ Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge