UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONTRES BREGUET S.A., BLANCPAIN S.A., GLASHÜTTER UHRENBETRIEB GMBH, MONTRES JAQUET DROZ S.A., OMEGA S.A., COMPAGNIE DES MONTRES LONGINES, FRANCILLON S.A., TISSOT S.A., MIDO S.A., HAMILTON INTERNATIONAL S.A. and SWATCH S.A.,

          Plaintiffs,

-against-

SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,

          Defendants.

19 Civ. 1708 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' letter of December 9, 2020 (dkt. no. 64) requesting a pre-motion conference regarding their intention to file a motion for leave to file a Second Amended Complaint.  Defendants shall provide any response by letter no later than December 15, 2020.

    **SO ORDERED.**

Dated:    New York, New York
           December 10, 2020

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge