UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
MONTRES BREGUET S.A., BLANCPAIN
S.A., GLASHÜTTER UHRENBETRIEB
GMBH, MONTRES JAQUET DROZ S.A.,
OMEGA S.A., COMPAGNIE DES
MONTRES LONGINES, FRANCILLON
S.A., TISSOT S.A., MIDO S.A.,
HAMILTON INTERNATIONAL S.A. and
SWATCH S.A.,                                    19 Civ. 1708 (LAP)

                    Plaintiffs,                      ORDER

        -against-

SAMSUNG ELECTRONICS CO. LTD.,
and SAMSUNG ELECTRONICS
AMERICA, INC.,

                    Defendants.
```

LORETTA A. PRESKA, Senior United States District Judge:

The dial-in information for the February 11, 2021, 9:30 a.m. Initial Pretrial teleconference has been modified.  The dial-in for the conference is (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    New York, New York
          February 5, 2021

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1