# WILMERHALE

March 16, 2022

**Christopher R. Noyes**

**VIA ECF**

+1 212 295 6823 (t)
+1 212 230 8888 (f)
christopher.noyes@wilmerhale.com

The Honorable Loretta A. Preska

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007-1312

    Re: *Montres Breguet S.A. et al. v. Samsung Electronics Co. Ltd. et al.*,
    Case No. 1:19-cv-01708-LAP

Dear Judge Preska:

The parties write jointly to request an adjournment of the conference scheduled for March 18, 2022 at 11:00 AM to at least April 15, 2022 or at a time thereafter acceptable to the Court. *[handwritten: April 18 at 11:00 am,]*

The discovery issues raised by Swatch Group in its March 2, 2022 letter (Dkt. 92) are fully briefed. Pursuant to the Court's Order of March 9, 2022, the parties are scheduled to meet and confer on Thursday, March 17, 2022, to discuss discovery issues raised by Samsung on March 4, 2022. In an effort to narrow the issues for the Court's consideration, and if necessary, to have the Court consider any remaining disputes in a single hearing, the parties propose an adjournment of at least four weeks. This adjournment will also allow counsel to appropriately confer on any outstanding issues with their clients, who have limited availability because they are currently engaged in a trial on related issues in the United Kingdom. That trial starts on March 18, 2022 and is scheduled to last at least through March 25. The parties propose sending the Court a joint letter identifying any outstanding discovery disputes one week before the adjourned hearing date.

This is the parties' second request for an extension. There are no case deadlines that will be affected other than the March 18, 2022 conference.

Sincerely,

/s/ *Christopher R. Noyes*
Christopher R. Noyes

cc: All Counsel of Record (via ECF)

SO ORDERED
*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/17/22