UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTRES BREGUET S.A., ET AL.,

        Plaintiffs,

-against-

SAMSUNG ELECTRONICS CO. LTD., ET AL.,

        Defendants.

19 Civ. 1708 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Samsung's request to redact certain portions of the transcript of the April 20, 2022 discovery conference.  (Dkt. No. 109.)  Because the transcript contains confidential figures relating to sales, revenue, and downloads, the request is granted.

    The Clerk of the Court shall mark the motion at Dkt. No. 109 as closed.

**SO ORDERED.**

Dated:    New York, New York
          April 28, 2022

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge