UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
MONTRES BREGUET S.A., et al.,    :    19-CV-01708 (LAP)
                                 :
            Plaintiff,           :
                                 :           Order
       v.                        :
                                 :
SAMSUNG ELECTRONICS CO. LTD.,    :
ET AL.,                          :
                                 :
            Defendants.          :
---------------------------------x

Loretta A. Preska, Senior United States District Judge:

    The Court has reviewed the parties' letters with respect to document discovery. (Dkt. nos. 119, 120 & 121.)

    It is hereby ordered that by December 6, 2022, each party shall have produced at least seventy-five percent of its total document production; fact discovery shall close on May 12, 2023; and by June 2, 2023, counsel shall file a joint status report with the Court.

SO ORDERED.

Dated:   New York, New York
         November 7, 2022

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge

1