Case 1:19-cv-01708-LAP   Document 162   Filed 04/08/25   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Montres Breguet SA, et al.,         :
                                    :
                   Plaintiff(s),    :    19 CV 1708 (LAP)
                                    :
         -against-                  :        **ORDER**
                                    :
Samsung Electronics Co., Ltd., et al.,:
                   Defendant(s).    :
                                    :
-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     Counsel shall confer and inform Judge Preska by letter no later than April 15, 2025 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                                                                */s/ Loretta A. Preska*
                                                                               LORETTA A. PRESKA,

                                                                               Senior U.S.D.J.

Dated: April 8, 2025

New York, New York