UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

Montres Breguet S.A,
                    et al,
                    Plaintiff(s),

            -against-

Samsung Electronics Co Ltd,
                    et al.
                    Defendant(s).

-----------------------------------x

19 CV 1708 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall confer and inform Judge Preska by letter no later than _March 30, 2026_ of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 3/23/24
New York, New York