UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTRES BREGUET, S.A., ET AL.,

               Plaintiffs,

-against-

SAMSUNG ELECTRONICS CO., LTD, ET
AL.

               Defendants.

19-CV-01708 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' March 30, 2026 status update. (Dkt. 169.)  Defendants' request to dismiss the case for failure to prosecute is without merit.  Instead, the Court will stay the case until the damages decision in the United Kingdom is released.  The parties shall update the Court by letter within six months or upon the release of the decision, whichever is earlier.

      **SO ORDERED.**

_____
LORETTA A. PRESKA
Senior United States District Judge

April 6, 2026